634

In the Matter of Rose Slemons, Respondent, v. Claude Slemons, Appellant. — Staley, Jr., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.

Domestic Finance Corporation, Respondent, v. Edgar McConnell, Appellant. — Memorandum by the Court.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.